# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BILDRICK JACKSON**                                                       **PETITIONER**

**V.**                                                                **NO. 4:17CV114-DMB-JMV**

**PELICIA HALL and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**        **RESPONDENTS**

## ORDER

Upon consideration of the petition in the above-entitled action, it is **ORDERED**:

1. No later than March 7, 2018, the respondents, through the Attorney General of the State of Mississippi, must file a response to this petition, along with any relevant transcripts of proceedings in the state courts of Mississippi, relating to the Mississippi Supreme Court's denial of the petitioner's request for DNA testing relevant to his murder conviction.

2. Within fourteen days of service upon him of a copy of the respondents' response, the petitioner may file his reply to the allegations contained in the response.

3. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Kelly McLeod. The respondents must electronically file the completed acknowledgment of service of process form upon receipt.

The petitioner is warned that failure to keep the court informed of his current address could also lead to dismissal of his lawsuit.

**THIS**, the 4th day of January, 2018.

                                                                                ___s/ Jane M. Virden___
                                                                      UNITED STATES MAGISTRATE JUDGE