# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BILDRICK JACKSON**                                                          **PETITIONER**

**V.**                                                   **NO. 4:17-CV-114-DMB-JMV**

**PELICIA HALL and ATTORNEY
GENERAL OF THE STATE OF
MISSISSIPPI**                                                  **RESPONDENTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 15, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the respondents' motion to dismiss[1] Bildrick Jackson's petition for a writ of habeas corpus[2] be granted, that Jackson's petition be dismissed with prejudice, and that a certificate of appealability be denied. Doc. #14 at 5. On May 29, 2018, Jackson acknowledged receipt of the Report and Recommendation. Doc. #15. No objections to the Report and Recommendation have been filed.

Under 28 U.S.C. § 636(b)(1), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F.Supp.3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

The Court has reviewed the Report and Recommendation and finds that it is neither clearly erroneous nor contrary to law. Accordingly, the Report and Recommendation [14] is **ADOPTED** as the order of this Court, the respondents' motion to dismiss [9] is **GRANTED**, Jackson's petition

---
[1] Doc. #9.

[2] Doc. #1.

for a writ of habeas corpus [1] is **DISMISSED with prejudice**, and a certificate of appealability is **DENIED**.

**SO ORDERED**, this 28th day of December, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**